**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Farmers Insurance Company of Arizona, ) | No. CV 07-833-PHX-SMM |
| Plaintiff, ) | **ORDER** |
| v. ) | |
| The Black & Decker Corporation; Black & ) Decker (U.S.) Inc.; Black Companies I-X,) | |
| Defendant. ) | |

　　　　Pending before the Court are Defendant Black & Decker Corporation's ("Defendant") Motion to Dismiss for Lack of Jurisdiction (Dkt. 7), Defendant's Motion to Dismiss Party (Dkt. 12), and Plaintiff Farmer Insurance Company of Arizona's ("Plaintiff") Response (Dkt. 14).

　　　　Defendant alleges that the Court lacks personal jurisdiction over it.  Plaintiff's response states that it has no objection to Defendant's motion.  Therefore,

　　　　**IT IS HEREBY ORDERED** dismissing Defendant Black & Decker Corporation from the above-captioned matter.

　　　　DATED this 24th day of September, 2007.

Stephen M. McNamee
United States District Judge