**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Farmers Insurance Company of Arizona, ) | No. CV-07-833-PHX-SMM |
| Plaintiff, ) | **ORDER** |
| v. ) | |
| Black & Decker (U.S.) Inc., et al., ) | |
| Defendants. ) | |

Before the Court is a motion for leave to appear telephonically at the preliminary pretrial conference on December 18, 2007 by Defendant Black & Decker (U.S.) Inc.'s corporate representative (Dkt. 19). Defendant does not anticipate completing its investigation into the cause of the fire at issue, and thus being in a position to discuss settlement, by the date of the settlement conference. Additionally, Defendant's corporate representative would have to travel from out of state, though counsel for Defendant will appear personally at the conference. Accordingly,

**IT IS HEREBY ORDERED** granting Defendant Black & Decker's request to permit its corporate representative to appear telephonically at the pretrial conference. Defendant's corporate representative shall call Judge McNamee's chambers (602-322-7555) no later than **10:55 AM (Mountain Standard Time)** on December 18, 2007**.**

DATED this 6th day of November, 2007.

Stephen M. McNamee
United States District Judge