**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Farmers Insurance Company of Arizona, | No. CIV 07-833-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Black & Decker Corporation, et al., | |
| Defendants. | |

Pursuant to the parties' Stipulation to Extend Discovery Cutoff (Dkt. 26),

**IT IS HEREBY ORDERED** extending the time for initial Rule 26(a)(1) disclosures from February 15, 2008 to **Friday, February 22, 2008**.

**IT IS FURTHER ORDERED** that no other dates set forth in the Scheduling Order entered January 7, 2008 (Dkt. 24) shall be affected by this extension.

DATED this 19th day of February, 2008.

_____
Stephen M. McNamee
United States District Judge