**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Farmers Insurance Company of Arizona, | No. CIV 07-833-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Black & Decker Corporation, et al., | |
| Defendants. | |

Pursuant to the Stipulation of Parties to Dismiss Case with Prejudice (Dkt. 30),

**IT IS HEREBY ORDERED** dismissing this case with prejudice, each party to bear its own costs and fees.

DATED this 3rd day of March, 2008.

Stephen M. McNamee
United States District Judge